IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RODERICK OWENS, | § | |
| | § | No.  454, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | ID. No.  1312003447B |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  March 2, 2016
Decided:  March 4, 2016

Before **STRINE**, Chief Justice,  **HOLLAND** and **VAUGHN**, Justices.

## O R D E R

This 4th day of March 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated December 19, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice